Jerry Blaney                      US Dist. Court N. Div.
Plaintiff - F0500065              Dallas Co. TX.

V.

State of Texas                    1:22cv260
Defendant

## Civil Suit
## Kidnapping - Frame
## Theft - Corruption

### I
### Kidnapping

9-20-07 I was kidnapped from Oregon at gun point, against my will, without a warrant or indictment, ten months after statutes of limitations expired. 7-2008 Pretrial hearing Judge Ovard ordered asst. D.A. to go into the courts records and get a copy of the dismissed outdated indictment and he would backdate it and make it look legal.

### II
### Frame

Judge Ovard personally falsified the states evidence "Diary". DA holding a diary told jury this says in 1996 my stepdad sexually assaulted me. Judge Ovard ordered bring it forward for review. Saying yes that's what it says. Submit this vital evidence for the state. Then the diary was removed from the courtroom. Now copy of diary from 5th court App. shows the diary

1

does not say in 1996 my stepdad sexually assaulted me. That is a lie madeup by Judge and DA working together to frame me. I'm not in the diary in any way, shape or form.

Judge Ouard ordered the oregon cause is under appeal and not a final conviction, and cannot be used in this trial. Ouard then allowed the oregon victim to be my character witness. Allowed oregon victim, prison clerk, forest ranger to give full testimony on the oregon cause. I was convicted double jeopardy on the oregon cause.

Jury selection - I told Judge I knew the teacher that she was friends with oregon victim. Judge lied saying she was dismissed. Then allowed her to be jury foreman.

I filed a full alibi with witnesses. Judge denied my alibi. The Barred it from trial.

### III
### Theft

Public Defender investigator aquired F05000065 grand jury records. Showing the grand jury knew nothing about my kidnapping or falsified indictment. Filed motion to dismiss by P.D.. When Ouard saw his capitol and felony crimes exposed, he used his official powers and had clerks steal the grand jury records evidence and motion off the courts county clerks, DAs records. I demanded P.D. reaquire these stolen records. When he tried

2

Judge Ouard ordered him into his chambers for a private meeting of starchamber. Upon returning P.D. said I'm not reaquiring the stolen records, Ouard threatened my career. P.D. then filed my oregon parole sheet showing NCIC All warrants - All detainers Clear motion to dismiss. Judge Ouard stole them too.

## IV
## Corruption

Judge Ouard using his official powers had clerks Delete the pretrial hearings transcripts. Removing his confession to kidnapping me and his falsifying of the indictment. Then had clerk Delete and rewrite the trial transcripts removing Ouand's crimes and falsifying testimony, litterally changing words and testimony that was not said at trial.

Ouard then asked favor of Appeals Judges to stop my appeals. Direct appeal 05-08-01049 Judges without my knowledge or consent changed my plea to guilty, then falsified a confession, for an illegal affirmation. 1107 appeal denied without grounds. Illegal affirmation. 2254 appeal denied without grounds, Illegal affirmation.

Sixteen civil suits filed Dallas county dist. courts. All thrown away unfiled. Petitioned six times 5th court appeals to order Dist. Court to file appeals, All six denied. Petitioned state supreme court four times to Allow me to file

3

Appeals dist. court. All four denied. I've filed this civil suit three times N. Div., the first two were stolen. Unit mailroom keeps a legal mail log, dates-counts and assures me they were mailed. So US Dist clerks are stealing them unfiled.

The US Dist N. Div. is having unit warden withhold my money so I cannot file courts fees. Litterally cutting me off from the courts. Unit warden one year ago took my ID so I could not buy stamps, envelopes-paper-pens. Fourteen months ago I was cutoff from my VA disability money. As a favor to this court. Now they are denying all claims under failure to pay filing fees. This is corruption plain and simple.

## V

## Conclusion

I saw the Watson crime family-Amarillo Tx., murder reverend Roy Rowe Takilma oregon, and corrupt Judges break an unbreakable trust and steal four million Dollars. When I had it out with the Watsons, they used Oregon Judge to try and get me twenty years in prison. Their corrupt Judge changed a misdimener mischief into a felony and a constituted burglary into a first degree felony. This was done without the Oregon grand jury's knowledge. Upon release I was kidnapped by a civilian. The Watsons Texas payoff Judge framed me in exchange

4

for money. And ouards corrupt friends and Judges are covering up his and their payoffs, corruptions.

## VI.
## Remedies

I demand to be released Now! Today!!!
I demand One Billion Dollars from Texas for eighteen years of torture and abuse.
I demand my Kidnappers be charged with capitol Kidnapping - Felony Frame
I demand the watson crime family be charged with capitol murder - theft.

I was Kidnapped 9-20-07. Kidnapping was a capitol crime. There are No statutes of limitations on capitol crimes. My Kidnapping is still a capitol crime.

on this 16 day June, 2022      *Jerry Blaney*

This civil suit is true and correct under penalty of perjury.

*Jerry Blaney*

on this 16 day June, 2022

5

# Discovery

The stolen-deleted-falsified courts records F0500065 proove Kidnapping-Frame-theft-corruption- My INNOcence beyond a shadow of a doubt. I demand they be brought forward. NOW.

Deleted pretrial hearings recorded Disk.
Deleted-falsified trial recorded Disk.
Falsified states evidence "Diary".
Stolen grand jury records evidence.
stolen NCIC records evidence.
Denied, Barred Full Alibi.
Falsified plea charge
Falsified confession
The illegal Jury selection lie.

These counts records proove this civil suit. RELEASE them NOW!!!

Jerry Blaney

on this 16 day June, 2022

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE** — **INMATE REQUEST FOR WITHDRAWAL**

INMATE TRUST FUND

DATE: 06 16 22

[ ] Transfer within TF
[ ] Outside Purchase
[X] Other: Filing fee

Unit: W 1

Inmate Signature: /s/ Jerry Blaney

Unit Review: ____

PLEASE USE A BUSINESS SIZE ENVELOPE
DO NOT FOLD, STAPLE OR TAPE
Use Black or Dark Blue Ink.

TDCJ NUMBER: 01519297

Block code: 1 5 8 9 / A B C D

Approving Officer Signature: ____

INMATE LAST NAME: BLANEY

FIRST NAME: JERRY D

DOLLARS: 0505   CENTS: 00

WRITTEN AMOUNT: Five hundred Five dollars & 0 cents

TF PAGE: ____   Right Thumb Print: ____

PAY TO THE ORDER OF:
US DIST COURT TN DIV

PAYEE'S ADDRESS: 1100 Commerce st   APT NO: 1452   CITY: Dallas   STATE: TX   ZIP: 75242-1310

SJ-0025 (REV 1/12)

Jerry Blaney
1519297
Wynne Unit
810 FM 2821
Huntsville TX
77349

Legal mail

Clerk
US Dist. Court
300 Willow St. #104
Beaumont Texas
77701-2217

RECEIVED
CLERK U.S. DISTRICT COURT
JUN 22 2022
EASTERN DIST. OF TEXAS
BEAUMONT, TEXAS


